UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA McENTEE,<br>CHRISTINE GEARIN,<br>JULIA CARLSON,<br>MICHELLE PROVITOLA,<br>JULIE DiGIROLAMO,<br>DOROTHY CLARKE,<br>JEANNE ARSENAULT,<br>STACEY BARNES,<br>MARCO BUZZANGA,<br>DONNA CIULLA,<br>JENNIFER JASILEWICZ,<br>LAUREN MELLO,<br>ERIKA CARDINALE,<br>JENNIFER CORDY,<br>LAUREN HETRICK,<br>MARIAM MOMJIAN,<br>PATRICIA MURPHY,<br>RACHAEL SOUCIA,<br>FELICIA DELA CRUZ,<br>ANGELA CHANDLER,<br><br>    Plaintiffs,<br><br>v.<br><br>BETH ISRAEL LAHEY HEALTH, INC.,<br>BETH ISRAEL DEACONESS<br>HOSPITAL- PLYMOUTH, INC.;<br>NORTHEAST HOSPITAL<br>CORPORATION;<br>BETH ISRAEL DEACONESS MEDICAL<br>CENTER, INC.;<br>WINCHESTER HOSPITAL;<br>BETH ISRAEL LAHEY HEALTH<br>PRIMARY CARE- MAPLE STREET;<br>MOUNT AUBURN HOSPITAL;<br>NORTHEAST PROFESSIONAL<br>REGISTRY OF NURSES, INC.<br><br>    Defendants. | Civil Action No.: 1:22-cv-11952-DLC |

1

## ASSENTED TO MOTION FOR LEAVE TO FILE THE ATTACHED FIRST AMENDED COMPLAINT

**COMES NOW**, the Plaintiffs, by and through undersigned counsel, and respectfully moves the Court for leave Pursuant to Fed. R. Civ. P. 15(a)(2) to file the attached First Amended Complaint. In support of this Motion, counsel says the following:

1. On November 16, 2022 the Plaintiffs filed their original complaint and a summons was issued on November 17, 2022.
2. On February 7, 2023, Plaintiffs requested that Defendants waive services of the summons for the original Complaint and the Defendants agreed to waive service of the original Complaint on that date.
3. Six (6) additional Plaintiffs have been added to the amended complaint.
4. Defendants' counsel has agreed to accept service on behalf of the above Defendants once an Amended Complaint has been filed.

**WHEREFORE**, counsel prays the Motion be granted in the interests of justice and judicial economy and he be allowed to file the attached First Amended Complaint.

Dated this 9th day of February, 2023.

                                              Respectfully submitted,
                                              The Plaintiffs,
                                              By their attorneys,

DATED: February 9, 2023

                                              */s/ Richard C. Chambers, Jr., Esq.*
                                              Richard C. Chambers, Jr., Esq.
                                              BBO#: 651251
                                              Chambers Law Office
                                              220 Broadway, Suite 404
                                              Lynnfield, MA 01940
                                              Office: (781) 581-2031
                                              Cell: (781) 363-1773
                                              Fax: (781) 581-8449
                                              Email: Richard@chamberslawoffice.com

DATED: February 9, 2023

                                              */s/ Joseph Spinale., Esq.*
                                              Joseph Spinale, Esq.
                                              BBO#: 548547
                                              Chambers Law Office
                                              220 Broadway, Suite 404
                                              Lynnfield, MA 01940
                                              Office: (781) 581-2031
                                              Cell: (781) 838-1411
                                              Fax: (781) 581-8449
                                              Email: Joe@chamberslawoffice.com

## LOCAL RULE 7.1. CERTIFICATION

I, Richard C. Chambers, Jr., Esq., hereby certify that, pursuant to L.R. 7.1(a)(2), I conferred with Defendants' counsel who assented to the relief requested herein.

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: February 9, 2023

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.