UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA MCENTEE, CHRISTINE GEARIN, JULIA CARLSON, MICHELLE PROVITOLA, JULIE DIGIROLAMO, DOROTHY CLARKE, JEANNE ARSENAULT, STACEY BARNES, MARCO BUZZANGA, DONNA CIULLA, JENNIFER JASILEWICZ, LAUREN MELLO, ERIKA CARDINALE, JENNIFER CORDY, LAUREN HETRICK, MARIAM MOMJIAN, PATRICIA MURPHY, RACHAEL SOUCIA, FELICIA DELA CRUZ, ANGELA CHANDLER, MARY DICKENS, DESIREE LETELLIER, MARY O'CONNOR, BROOKE GROMYKO, MIRLENE LUCAS, AND AMY DURETTE,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL – PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC.,[1] MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.,<br><br>　　　　　　*Defendants*. | C.A. No. 1:22-cv-11952<br>*Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 35)* |
| LEANNA DEMARCO, GABRIELLA HOWARD, and ALITA MULVEY,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>BETH ISRAEL LAHEY HEALTH, INC., NORTHEAST HOSPITAL CORPORATION, and BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,<br><br>　　　　　　*Defendants*. | Civil Action No. 1:23-cv-10974<br>*Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 12)* |

## **NOTICE OF APPEARANCE**

---

[1] Plaintiffs included "Beth Israel Lahey Health Primary Care – Maple Street" as a named defendant and included allegations in the First Amended Complaint in the Original Action (ECF Nos. 4 and 9-1) against "Beth Israel Lahey Health Primary Care – Pond Street."  No such entities exist.  Because Plaintiffs have included Beth Israel Lahey Health Primary Care, Inc. ("BILHPC") in the "Parties" section of the Complaint, and because BILHPC operates locations at both Maple Street and Pond Street, where certain named plaintiffs were employed, Defendants have included BILHPC in the caption for clarity.

Please enter the appearance of Tavish M. Brown as counsel on behalf of Defendants Beth Israel Lahey Health, Inc., Beth Israel Deaconess Hospital – Plymouth, Inc., Northeast Hospital Corporation, Beth Israel Deaconess Medical Center, Inc., Winchester Hospital, Beth Israel Lahey Health Primary Care, Inc., Mount Auburn Hospital, and Northeast Professional Registry of Nurses, Inc.

Respectfully submitted,

BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL-PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.

By their attorneys,

 */s/ Tavish M. Brown*
Tavish M. Brown (BBO No. 714038)
    *tbrown@hrwlawyers.com*
Scott A. Roberts (BBO No. 550732)
    *sroberts@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
One Liberty Square, 12th Floor
Boston, MA 02109
Phone: (617) 348-4300
Fax: (617) 348-4343

Dated: December 11, 2024

- 3 -

## CERTIFICATE OF SERVICE

      I, Tavish M. Brown, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 11, 2024.

                                                                         */s/ Tavish M. Brown*
                                                                        Tavish M. Brown