**UNITED STATES OF AMERICA**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PATRICIA McENTEE, CHRISTINE GEARIN, JULIA CARLSON, MICHELLE PROVITOLA, JULIE DiGIROLAMO, DOROTHY CLARKE, JEANNE ARSENAULT, STACEY BARNES, MARCO BUZZANGA, DONNA CIULLA, JENNIFER JASILEWICZ, LAUREN MELLO, ERIKA CARDINALE, JENNIFER CORDY, LAUREN HETRICK, MARIAM MOMJIAN, PATRICIA MURPHY, RACHAEL SOUCIA, FELICIA DELA CRUZ, ANGELA CHANDLER, MARY DICKENS, DESIREE LETELLIER, MARY O'CONNOR, BROOKE GROMYKO, MIRLENE LUCAS and AMY DURETTE,<br><br>Plaintiffs,<br><br>v.<br><br>BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL-PLYMOUTH, INC.<br>NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.<br><br>Defendants. | Civil Action No.: 1-22-cv-11952 |
| LEANNA DEMARCO, GABRIELLA HOWARD, and ALITA MULVEY,<br><br>Plaintiffs,<br><br>v.<br><br>BETH ISRAEL LAHEY HEALTH, INC., NORTHEAST HOSPITAL CORPORATION, and BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,<br><br>Defendants. | Civil Action No.: 1-23-cv-10974 |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ANGELA CHANDLER**

We, Richard C. Chambers, Jr., Esq., and Joseph Spinale, Esq., (collectively, "Counsel") for Plaintiff, Angela Chandler, (hereinafter, "Ms. Chandler" or the "Plaintiff), in the above-entitled action respectfully request that this Honorable Court allow Counsel to withdraw their appearances on behalf of the Plaintiff, Angela Chandler.

As grounds and reasons for this request, Counsel states the following:

1. Counsel initially agreed to represent the Plaintiffs interests in the above-captioned matter with respect to drafting, filing, and serving the Complaint on or about November 7, 2022.
2. An irretrievable breakdown in communication in the attorney-client relationship with Ms. Chandler has occurred which makes it impossible for Counsel to effectively represent her in this matter.
3. Counsel has made several attempts to communicate with Ms. Chandler in order to resolve outstanding issues, which have proven unsuccessful.
4. Ms. Chandler has indicated her intention to proceed pro-se on March 13, 2026, and Ms. Chandler formally acknowledged the breakdown in the attorney-client relationship.

WHEREFORE, based on the foregoing, Counsel respectfully requests that this Honorable Court allows them to withdraw as counsel for Ms. Chandler in this matter.

Respectfully submitted,

DATED: April 13, 2026

*/s/ Richard C. Chambers, Jr., Esq.*

Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office

220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
E-mail: Richard@chamberslawoffice.com

DATED: April 13, 2026

*/s/ Joseph Spinale, Esq.*
Joseph Spinale, Esq.
BBO#: 548547
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 838-1411
Fax: (781) 581-8449
E-mail: Joe@chamberslawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants. Additionally a copy was emailed to angela,chandler12@comcast.net.

DATED: April 13, 2026

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.