UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA MCENTEE, CHRISTINE GEARIN, JULIA CARLSON, MICHELLE PROVITOLA, JULIE DIGIROLAMO, DOROTHY CLARKE, JEANNE ARSENAULT, STACEY BARNES, MARCO BUZZANGA, DONNA CIULLA, JENNIFER JASILEWICZ, LAUREN MELLO, ERIKA CARDINALE, JENNIFER CORDY, LAUREN HETRICK, MARIAM MOMJIAN, PATRICIA MURPHY, RACHAEL SOUCIA, FELICIA DELA CRUZ, ANGELA CHANDLER, MARY DICKENS, DESIREE LETELLIER, MARY O'CONNOR, BROOKE GROMYKO, MIRLENE LUCAS, AND AMY DURETTE,<br>*Plaintiffs*,<br>v.<br>BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL – PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.,<br>*Defendants*. | C.A. No. 1:22-cv-11952<br>***Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 35)*** |
| LEANNA DEMARCO, GABRIELLA HOWARD, and ALITA MULVEY,<br>*Plaintiffs*,<br>v.<br>BETH ISRAEL LAHEY HEALTH, INC., NORTHEAST HOSPITAL CORPORATION, and BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,<br>*Defendants*. | Civil Action No. 1:23-cv-10974<br>***Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 12)*** |

**DECLARATION OF TAVISH M. BROWN**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Tavish M. Brown, declare the following:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and represent Defendants Beth Israel Lahey Health, Inc. ("BILH"), Beth Israel Deaconess Hospital – Plymouth, Inc. ("BID-Plymouth"), Northeast Hospital Corporation ("NHC"), Beth Israel Deaconess Medical Center, Inc. ("BIDMC"), Winchester Hospital ("Winchester Hospital"), Beth Israel Lahey Health Primary Care – Maple Street ("BILH Maple Street"), Mount Auburn Hospital ("Mount Auburn"), and Northeast Professional Registry of Nurses, Inc. ("NPRN"), (collectively, "Defendants") in the above-captioned lawsuit (the "Lawsuit").

2. I submit this affidavit in support of Defendants' Motion for Summary Judgment.

3. Exhibit 2 to the Appendix contains a true and accurate copy of an April 11, 2022 Email from Amy Efstratios, HR Business Partner, BILH, to Plaintiff Brooke Gromyko, which was produced by Plaintiff Gromyko to Defendants in this matter.

4. On June 10, 2026, a deposition was held for Plaintiff Mirlene Lucas. Exhibit 3 to the Appendix contains a copy of selected pages from the transcript of that deposition.

5. Exhibit 5 to the Appendix contains a true and accurate copy of Plaintiff Michelle Provitola's Roles Snapshot, which was produced by Plaintiff Provitola to Defendants in this matter.

6. Exhibit 6 to the Appendix contains a true and accurate copy of a January 12, 2022 Letter from Wendy Baker, Vice President and Human Resource Business Partner, BID-Plymouth, to Plaintiff Michelle Provitola, which was produced by Plaintiff Provitola to Defendants in this matter.

7. On June 10, 2026, a deposition was held for Plaintiff Donna Ciulla. Exhibit 15 to the Appendix contains a copy of selected pages from the transcript of that deposition.

8. Exhibit 28 to the Appendix contains a copy of Plaintiff Marco Buzzanga's Response to Defendants' First Set of Requests for Admissions.

9. Exhibit 29 to the Appendix contains a true and accurate copy of an August 18, 1977 Offer Letter from Alberta M. Nigro, Assistant Director – Nursing Services, Winchester Hospital, to Plaintiff Mary O'Connor, which produced by Plaintiff O'Connor to Defendants in this matter.

10. Exhibit 30 to the Appendix contains a copy of Plaintiff Mary O'Connor's Objections and Responses to Defendants' First Set of Requests for Admissions.

11. On June 12, 2026, a deposition was held for Plaintiff Mariam Momjian. Exhibit 31 to the Appendix contains a copy of selected pages from the transcript of that deposition.

12. Exhibit 35 to the Appendix contains a true and accurate copy of a November 23, 2021 Email from Courtney Breindel, Human Resources Business Partner, BILH, to Plaintiff Mary Dickens, which was produced by Plaintiff Dickens to Defendants in this matter.

13. Exhibit 39 to the Appendix contains a copy of Plaintiff Brooke Gromyko's Objections and Responses to Defendants' First Set of Requests for Admissions.

14. Exhibit 40 to the Appendix contains a true and accurate copy of a November 6, 2014 Job Description for Registered Nurse at BID-Plymouth, which was attached as Exhibit A to Defendants' First Set of Requests for Admissions to Plaintiff Provitola.

15. Exhibit 41 to the Appendix contains a copy of Plaintiff Michelle Provitola's Answer to Defendants' First Set of Requests for Admissions.

16. Exhibit 42 to the Appendix contains a copy of Plaintiff Michelle Provitola's Objections and Responses to Defendants' First Set of Interrogatories.

17. Exhibit 44 to the Appendix contains a copy of Plaintiff Julie DiGirolamo's Objections and Responses to Defendants' First Set of Requests for Admissions.

18. Exhibit 46 to the Appendix contains a copy of Plaintiff Stacey Barnes' Objections and Responses to Defendants' First Set of Requests for Admissions.

19. Exhibit 48 to the Appendix contains a copy of Plaintiff Christine Gearin's Objections and Responses to Defendants' First Set of Requests for Admissions.

20. Exhibit 50 to the Appendix contains a copy of Plaintiff Julia Carlson's Objections and Responses to Defendants' First Set of Requests for Admissions.

21. Exhibit 52 to the Appendix contains a copy of Plaintiff Jennifer Jasilewicz's Objections and Responses to Defendants' First Set of Requests for Admissions.

22. Exhibit 54 to the Appendix contains a copy of Plaintiff Dorothy Clarke's Objections and Responses to Defendants' First Set of Requests for Admissions.

23. Exhibit 56 to the Appendix contains a copy of Plaintiff Jeanne Arsenault's Objections and Responses to Defendants' First Set of Requests for Admissions.

24. Exhibit 58 to the Appendix contains a copy of Plaintiff Lauren Hetrick's Objections and Responses to Defendants' First Set of Requests for Admissions.

25. Exhibit 60 to the Appendix contains a copy of Plaintiff Altia Mulvey's Answer to Defendants' First Set of Requests for Admissions.

26. Exhibit 61 to the Appendix contains a copy of Plaintiff Altia Mulvey's Objections and Responses to Defendants' First Set of Interrogatories.

27. Exhibit 62 to the Appendix contains a true and accurate copy of an September 10, 2024 Job Description for Operating Room Service Line Specialist at Winchester Hospital, which

was attached as Exhibit A to Defendants' First Set of Requests for Admissions to Plaintiff Buzzanga.

28. Exhibit 63 to the Appendix contains a true and accurate copy of a November 6, 2014 Job Description for Registered Nurse at BID-Plymouth, which was attached as Exhibit A to Defendants' First Set of Requests for Admissions to Plaintiff O'Connor.

29. Exhibit 65 to the Appendix contains a copy of Plaintiff Patricia Murphy's Objections and Responses to Defendants' First Set of Requests for Admissions.

30. Exhibit 66 to the Appendix contains a true and accurate copy of a September 3, 2019 Job Description for Team Nurse at BIDHC, which was attached as Exhibit A to Defendants' First Set of Requests for Admissions to Plaintiff Dickens.

31. Exhibit 67 to the Appendix contains a copy of Plaintiff Mary Dickens' Objections and Responses to Defendants' First Set of Requests for Admissions.

32. Exhibit 68 to the Appendix contains a copy of Defendants' First Set of Requests for Admissions to Plaintiff Angela Chandler.

33. Exhibit 69 to the Appendix contains a true and accurate copy of a November 23, 2020 Job Description for Physical Therapy Case Manager at BILH, which was attached as Exhibit A to Defendants' First Set of Requests for Admissions to Plaintiff Chandler.

34. Exhibit 70 to the Appendix contains a copy of an August 10, 2021 Email from Beth Israel Lahey Health President and CEO, Kevin Tabb, MD, to all BILH employees, regarding Update on Mandatory Vaccinations, Masking and Remote Work.

35. Exhibit 71 to the Appendix contains a copy of a page from the CDC's website, "COVID-19 Vaccines for Healthcare Personnel," dated May 27, 2021,

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/hcp.html [https://perma.cc/DH2AA7L7].

36. Exhibit 72 to the Appendix contains a copy of a page from the CDC's website, "COVID-19 Vaccine Effectiveness," last updated August 16, 2021, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/how-they-work.html [https://perma.cc/AJ88-7NGA].

37. Exhibit 73 to the Appendix contains a copy of a page from the CDC's website, "COVID-19 Vaccines Work," updated May 20, 2021, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html [https://perma.cc/D53X-HQY9].

38. Exhibit 74 to the Appendix contains a copy of an academic study posted on the Centers for Disease Control and Prevention's ("CDC") website, Tamara Pfilishvili et al., Interim Estimates of Vaccine Effectiveness of Pfizer-BioNtech and Moderna COVID-19 Vaccines Among Health Care Personnel – 33 U.S. Sites, January-March 2021, 70 Morbidity and Mortality Weekly Report 753, 753 (May 21, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7020e2-h.pdf [https://perma.cc/N5PG-FAJ3].

39. Exhibit 75 to the Appendix contains a copy of the Beth Israel Deaconess Medical Center Mandatory Vaccination Policy, Approved October 5, 2021.

40. Exhibit 76 to the Appendix contains a copy of the Guiding Memorandum regarding Beth Israel Lahey Health, Inc.'s Process for Review of Requests for Religious Exemptions from the Mandatory COVID-19 and Influenza Requirements.

41. Exhibit 77 to the Appendix contains a copy of Defendants' Request for Religious Accommodation – Mandatory Vaccine Policy form.

42. Exhibit 97 to the Appendix contains a true and accurate copy of a March 11, 2022 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Brooke Gromyko.

43. Exhibit 99 to the Appendix contains a true and accurate copy of a December 14, 2021 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Michelle Provitola.

44. Exhibit 100 to the Appendix contains a true and accurate copy of a December 1, 2021 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Julie DiGirolamo.

45. Exhibit 101 to the Appendix contains a true and accurate copy of a December 1, 2021 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Stacey Barnes.

46. Exhibit 106 to the Appendix contains a true and accurate copy of a January 3, 2022 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Dorothy Clarke.

47. Exhibit 111 to the Appendix contains a true and accurate copy of a November 30, 2021 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Mary O'Connor.

48. Exhibit 114 to the Appendix contains a true and accurate copy of a November 11, 2021 Religious Accommodation Request Denial from BILH Review Committee to Plaintiff Mary Dickens.

49. On February 7, 2025, I served Defendants' First Set of Interrogatories on Plaintiff Angela Chandler. Exhibit 121 to the Appendix contains a copy of Defendants' First Set of Interrogatories to Plaintiff Angela Chandler.

50. On February 7, 2025 I served Defendants' First Set of Requests for Production on Plaintiff Angela Chandler. Exhibit 122 to the Appendix contains a copy of Defendants' First Set of Requests for Production to Plaintiff Angela Chandler.

51. On November 17, 2025, I served Defendants' First Set of Requests for Admissions on Plaintiff Angela Chandler. Exhibit 68 to the Appendix contains a copy of Defendants' First Set of Requests for Admission to Plaintiff Angela Chandler.

52. Plaintiff Angela Chandler did not respond to any of Defendants' discovery requests. Specifically, she did not propound responses to Defendants' First Set of Interrogatories, Defendants' First Set of Requests for Production, or Defendants' First Set of Requests for Admission.

I declare under the penalties of perjury on this 19th day of October 2026 that the foregoing is correct and true.

*/s/ Tavish M. Brown*
Tavish M. Brown (BBO No. 714038)

**CERTIFICATE OF SERVICE**

I, Tavish M. Brown, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2026.

*/s/ Tavish Brown*
Tavish M. Brown