UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA MCENTEE, CHRISTINE GEARIN, JULIA CARLSON, MICHELLE PROVITOLA, JULIE DIGIROLAMO, DOROTHY CLARKE, JEANNE ARSENAULT, STACEY BARNES, MARCO BUZZANGA, DONNA CIULLA, JENNIFER JASILEWICZ, LAUREN MELLO, ERIKA CARDINALE, JENNIFER CORDY, LAUREN HETRICK, MARIAM MOMJIAN, PATRICIA MURPHY, RACHAEL SOUCIA, FELICIA DELA CRUZ, ANGELA CHANDLER, MARY DICKENS, DESIREE LETELLIER, MARY O'CONNOR, BROOKE GROMYKO, MIRLENE LUCAS, and AMY DURETTE, *Plaintiffs*, v. BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL – PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC., *Defendants*. | C.A. No. 1:22-cv-11952 *Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 35)* |
| LEANNA DEMARCO, GABRIELLA HOWARD, and ALITA MULVEY, *Plaintiffs*, v. BETH ISRAEL LAHEY HEALTH, INC., NORTHEAST HOSPITAL CORPORATION, and BETH ISRAEL DEACONESS MEDICAL CENTER, INC., *Defendants*. | Civil Action No. 1:23-cv-10974 *Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 12)* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Cordy ("Cordy") and Defendants Beth Israel Lahey Health, Inc., Beth Israel Deaconess Hospital – Plymouth, Inc., Northeast Hospital Corporation, Beth Israel

Deaconess Medical Center, Inc., Winchester Hospital, Beth Israel Lahey Health Primary Care, Inc., Mount Auburn Hospital, and Northeast Professional Registry of Nurses, Inc. hereby dismiss the above-entitled action and all claims asserted by Cordy in the action with prejudice and without costs, with all rights of appeal to be waived.

Plaintiff,

JENNIFER CORDY,

By her attorneys,

/s/ ____________________

Richard C. Chambers, Jr. (BBO No. 651251)
Joseph Spinale (BBO No. 548547)
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
(781) 581-2031
richard@chamberslawoffice.com
joe@chamberslawoffice.com

Dated: October 22, 2026

Defendants,

BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL-PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.,

By their attorneys,

/s/ ____________________

Scott A. Roberts (BBO No. 550732)
Tavish M. Brown (BBO No. 714038)
Hirsch Roberts Weinstein LLP
One Liberty Square, 12th Floor
Boston, MA 02109
(617) 648-4300
sroberts@hrwlawyers.com
tbrown@hrwlwayers.com

Dated: October 22, 2026