UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA MCENTEE, CHRISTINE GEARIN, JULIA CARLSON, MICHELLE PROVITOLA, JULIE DIGIROLAMO, DOROTHY CLARKE, JEANNE ARSENAULT, STACEY BARNES, MARCO BUZZANGA, DONNA CIULLA, JENNIFER JASILEWICZ, LAUREN MELLO, ERIKA CARDINALE, JENNIFER CORDY, LAUREN HETRICK, MARIAM MOMJIAN, PATRICIA MURPHY, RACHAEL SOUCIA, FELICIA DELA CRUZ, ANGELA CHANDLER, MARY DICKENS, DESIREE LETELLIER, MARY O'CONNOR, BROOKE GROMYKO, MIRLENE LUCAS, AND AMY DURETTE,

Plaintiffs,

v.

BETH ISRAEL LAHEY HEALTH, INC., BETH ISRAEL DEACONESS HOSPITAL – PLYMOUTH, INC., NORTHEAST HOSPITAL CORPORATION, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., WINCHESTER HOSPITAL, BETH ISRAEL LAHEY HEALTH PRIMARY CARE, INC., MOUNT AUBURN HOSPITAL, and NORTHEAST PROFESSIONAL REGISTRY OF NURSES, INC.,

Defendants.

C.A. No. 1:22-cv-11952

*Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 35)*

LEANNA DEMARCO, GABRIELLA HOWARD, and ALITA MULVEY,

Plaintiffs,

v.

BETH ISRAEL LAHEY HEALTH, INC., NORTHEAST HOSPITAL CORPORATION, and BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,

Defendants.

C.A No. 1:23-cv-10974

*Actions consolidated pursuant to Electronic Order dated September 15, 2023 (ECF No. 12)*

## AFFIDAVIT OF JEANNE ARSENAULT

I, Jeanne Arsenault, being duly sworn, hereby depose and state as follows:

1. I am a Plaintiff in the above-captioned matter and was formerly employed by BIDMC as a Clinical Nurse II in the NICU (Defendants' Exhibit 21). I started on January 29, 2018. Before that, I worked at Beverly Hospital for a total of 20 years: 19 years in the Special Care Nursery and one year on the Medical Surgical floor.

2. In the NICU I cared for infants. No patient or patient's family member ever asked me whether I was vaccinated against COVID-19.

3. I did not receive a COVID-19 vaccine while I was employed by BIDMC. I followed all safety and health measures that BILH implemented, including social distancing, wearing face masks (surgical or N95, as required for each patient), frequent hand washing, and wearing personal protective equipment that I reused as BILH directed.

4. I cared for isolated infants whose parents, not the infants, had tested positive for COVID-19 on routine testing upon admission. The majority of those parents were asymptomatic. No infant in my care ever tested positive for COVID-19, even at the height of the pandemic.

5. I consistently followed the hospital's COVID-19 protocol throughout my employment. I came to work every shift and never called out sick throughout the pandemic. I worked extra to help my unit when staffing was affected by increased census and co-worker sick calls.

6. I believe, pursuant to my Christian faith, that my body is a temple of the Holy Spirit (1 Corinthians 6:19) and that it is my God-given responsibility to keep my body healthy and clean. I trust that I am fearfully and wonderfully made, down to the cellular level (Psalm

139:14). I believe that God has provided us with an immune system to sustain us. After many prayers and discussions with God, He instructed me not to take the COVID-19 vaccine. I was raised in the Catholic faith and received all of my sacraments. As an adult, my faith has expanded to encompass various denominations and beliefs of Christianity centered on the teachings of Jesus Christ.

7. On October 1, 2021, I submitted my request for a religious exemption (Defendants' Exhibit 89), together with a letter dated September 30, 2021. In my letter I wrote that I believe, pursuant to my Christian faith, that my body is a temple of the Holy Spirit and that it is my God-given responsibility to keep my body healthy and clean. I wrote that I am "uncomfortable with the risk to my body being altered by a man-made substance that has the ability to instruct cells to manufacture a protein that God never intended human cells to manufacture." I also wrote that I sincerely affirm that the vaccination is contrary to my strongly held religious beliefs and that my objections "are not based on grounds of personal philosophy or inconvenience."

8. The request form I submitted states: "I understand that the accommodation requested above may not be granted by BIDMC, but that BIDMC will engage in the interactive process with me and attempt to provide a reasonable religious accommodation that does not create an undue hardship." (Defendants' Exhibit 89.)

9. On November 30, 2021, I received the Review Committee's denial of my request by email from Andrew Zaglin (Defendants' Exhibit 107). The letter thanks me "for engaging with us in the interactive process" and states that "we cannot accommodate any conflict between your asserted religious beliefs and the vaccination requirement."

10. In my view, a meaningful process would have been a timely, educated conversation about an accommodation that would let me continue working, following the hospital guidelines as I had for the past two years during the height of the pandemic, with no harm to my patients, their families, or my co-workers and no undue hardship to BILH. It also would have included providing the questions for the interactive process in written form, as I requested.

11. I was not afforded the opportunity to have any reasonable accommodation provided or even discussed, and I was never provided an explanation of how my employment would create an undue hardship.

12. On December 15, 2021, I emailed Andrew Zaglin, BIDMC's Director of Employee Relations, to confirm whether he was the sole person responsible for the decision, and I asked for the phone number and extension for the grievance department. On December 16, 2021, he replied that "we again confirm that this organizational decision is final," and that BIDMC "will accept your voluntary resignation if you remain non-compliant, and your last official day of employment would be December 28, 2021." (Defendants' Exhibit 22.)

13. I did not resign. My last day of employment was December 28, 2021, the date given in Mr. Zaglin's December 16, 2021 email (Defendants' Exhibit 22).

14. On December 27, 2021, I filed a grievance with BILH (report key #210809646801). I never received any response other than confirmation that it had been received.

15. I do not have access to the medical records of the patients BILH treated, and I cannot agree or disagree with statements about the vulnerability of BILH's patient populations.

16. I have no knowledge of BILH's process for reviewing religious exemption requests or of the criteria it used, including the "Guiding Memorandum" (Defendants' Exhibit 76).

17. I was no longer employed by BILH when Defendants announced that employees must receive a COVID-19 booster shot, and I have no personal knowledge of that requirement or of Defendants' reasons for adopting it.

18. Several of my co-workers, including one in the NICU, continued to work at BIDMC after my last day of employment on December 28, 2021. Some of them worked as long as four months after my last day.

19. The facts stated in this Affidavit are true and are based on my personal knowledge.

Signed under the pains and penalties of perjury this 5 day of November 2026.

Jeanne Arsenault RN

Jeanne Arsenault